15,011-03

## HARRIS COUNTY DISTRICT COURT NO. 263

### CAUSE NO. 1355729-130518

EDDIE JAMES JOHNSON § IN THE JUDICIAL DISTRICT COURT

VS § OF HARRIS COUNTY, TEXAS NO.263

THE STATE OF TEXASS

MOTION DISMISSED
DATE: 4-20-15
BY: PC

### APPLICANT'S MOTION REQUESTING PERMISSION TO RESUBMIT HIS PRIOR 11.07 WRIT THAT WAS DENIED BASED ON AN INCORRECT APPLICATION.

TO THE HONOABLE JUDGE OF SAID COURT COMES NOW:

Eddie James Johnson, presently incarcerated at the Mark W. Stiles Unit under the care of the Texas Department of Criminal Justice, and respectfully request that this court allow me to correct my prior 11.07 application so that I may properly exhaust my remedies. Applicant would also have the court to reach his application on its merits.

### I.

### EXHAUSTION OF REMEDIES

Principle that prisoner must normally exhaust all available state remedies before he can apply for federal habeas relief serves to minimize friction between federal and state systems of justice by allowing state initial opportunity to pass upon and correct alleged violations of prisoner's federal rights. 28 U.S.C. § 2254(b, c). McKaskle v. Vela, 104 S.Ct. 736. Here, appellant only ask that his merits be reached so that he may if necessary seek relief on a federal level.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 25 2015

Abel Acosta, Clerk

## PRAYER

Appellant prays that this court allows him to correct his prior 11.07 application so that his merits may be reached.

Respectfully Submitted

*Eddie J. Johnson* #1816959

EDDIE J. JOHNSON #1816959